IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.  4:10CR00240-01-BRW

BARRY MICHAEL EASLEY

## ORDER

The Prosecution has filed a motion to dismiss (Doc. No. 104) in this case as to Defendant Barry Michael Easley, and my office has been advised by defense counsel that there is no objection to the motion. Therefore, the motion is GRANTED and the Indictment is DISMISSED as to this defendant.

IT IS SO ORDERED this 22nd day of March, 2012.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE